IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:   March 13, 2013 |
| Court Reporter:     Gwen Daniel | Probation: Matthew Farwell |
| | Interpreter: Cathy Bahr |

_____

Criminal Action No.   12-cr-00426-WJM          _Counsel:_

UNITED STATES OF AMERICA,                    Richard Hosley

      Plaintiff,

v.

1.  JORGE LUIS CRUZ-BELTRAN,                 Virginia Grady

      Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:02 p.m.     Court in Session

Appearances

Oath administered to the Interpreter

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Mr. Hosley)

Sentencing Statement (by Ms. Grady)

Reply (by Mr. Hosley)

The Court finds that the matters raised in the defendant's objection to the Presentence Report (ECF No. 18) will not affect sentencing, so no ruling on the objection is necessary.

Defendant's Allocution

**ORDERED: Defendant's Motion For Below Guideline Sentence (ECF No. 19) is GRANTED IN PART.**

Defendant plead guilty to the one-count Indictment on December 21, 2012.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jorge Luis Cruz-Beltran, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of fourteen months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the special assessment.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

03:45 p.m.    Court in Recess
                     Hearing concluded
                     Time: 43 minutes